1  ERIC J. TROUTMAN (State Bar No. 229263)
   ejt@severson.com
2  COURTNEY C. WENRICK (State Bar No. 286380)
   ccw@severson.com
3  SEVERSON & WERSON
   A Professional Corporation
4  The Atrium
   19100 Von Karman Avenue, Suite 700
5  Irvine, California 92612
   Telephone: (949) 442-7110
6  Facsimile: (949) 442-7118

7  MARK D. LONERGAN (State Bar No. 143622)
   mdl@severson.com
8  SEVERSON & WERSON
   A Professional Corporation
9  One Embarcadero Center, Suite 2600
   San Francisco, California 94111
10 Telephone: (415) 398-3344
   Facsimile: (415) 956-0439
11
   Attorneys for Defendant
12 WELLS FARGO BANK, N.A.

13 **UNITED STATES DISTRICT COURT**

14 **NORTHERN DISTRICT OF CALIFORNIA**

15 RAMAT B. MOMOH | Case No. 3:15-cv-04729-HSG
                 | Hon. Haywood S. Gilliam, Jr.
16      Plaintiff,

17      vs.      | **ORDER EXTENDING DEADLINE TO RESPOND TO INITIAL COMPLAINT.**
18 WELLS FARGO BANK, N.A.,

19      Defendant. | Action Filed: October 13, 2015
                   | Trial Date:   None Set
20
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

07685.1566/5524067.1

1  The Court, having reviewed the Stipulation to Extend the Time to Respond to
2  Initial Complaint, filed by Plaintiff RAMAT B. MAMOH ("Plaintiff") and
3  Defendant WELLS FARGO BANK, N.A. ("Defendant"), and finding good cause
4  therein, hereby orders as follows:
5  1.  The November 13, 2015 responsive pleading deadline is vacated and
6  continued to November 23, 2015.
7  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**
8  DATED:  November 10, 2015

_____
Hon. Haywood S. Gilliam, Jr.