Stuart Price, Esq. (SBN:150439)
Price Law Group, APC
15760 Ventura Boulevard, Suite 800
Encino, CA 91436
Tel: 818-205-2466
Stuart@pricelawgroup.com
Attorney for Plaintiff,
Ramat B. Momoh

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMAT B. MOMOH<br><br>    Plaintiff,<br><br>    vs.<br><br>WELLS FARGO BANK, N.A.,<br><br>    Defendant. | Case No. 3:15-cv-04729-HSG<br><br>**ORDER EXTENDING DEADLINE TO RESPOND TO INITIAL COMPLAINT.**<br><br>Motion Filed:  November 23, 2015<br>Motion Hearing: January 28, 2016 |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

    The Court, having reviewed the Stipulation to Extend the Time to Respond to Defendant's Motion to Dismiss, filed by Plaintiff RAMAT B. MAMOH ("Plaintiff") and Defendant WELLS FARGO BANK, N.A. ("Defendant"), and finding good cause therein, hereby orders as follows:

    1.    The December 7, 2015 responsive pleading deadline is vacated and continued to December 16, 2015, and any reply continued to December 30, 2105.

1 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2 DATED: _____December 7_, 2015

_____
Hon. Haywood S. Gilliam Jr.