UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMAT B MOMOH,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WELLS FARGO BANK NA,<br><br>　　　　　Defendant. | Case No. 15-cv-04729-HSG<br><br>**ORDER TO SHOW CAUSE WHY THE COURT SHOULD NOT SANCTION COUNSEL FOR FAILING TO APPEAR** |

Defendant Wells Fargo Bank NA ("Defendant") filed a motion to dismiss the complaint filed by Plaintiff Ramat Momoh ("Plaintiff") on November 23, 2015. In that motion, Defendant noticed the motion to be heard on January 28, 2016. Plaintiff opposed the motion by and through counsel on December 16, 2015. Plaintiff's counsel failed to appear at the hearing on the motion to dismiss without providing any advance notice.

The Court hereby **ORDERS** Plaintiffs' counsel to show cause why the Court should not sanction Plaintiff's counsel for failing to appear at the hearing. Counsel must file a statement of two pages or less by February 1, 2016, that responds to this Order.

**IT IS SO ORDERED.**

Dated: January 29, 2016

　　　　　　　　　　　　　　　　　　　　　　　　／s／ Haywood S. Gilliam Jr.
　　　　　　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge