1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA — SAN FRANCISCO DIVISION**

| | |
|---|---|
| RAMAT B. MOMOH,<br><br>       Plaintiff,<br><br>   vs.<br><br>WELLS FARGO BANK, N.A.,<br><br>       Defendant. | Case No. 3:15-cv-04729-HSG<br>Hon. Haywood S. Gilliam, Jr.<br>Ctrm. 15<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT WELLS FARGO BANK, N.A.'S MOTION TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE**<br><br>Date:    July 19, 2016<br>Time:   2:00 p.m.<br>Crtrm.: 10; 19th Floor<br><br>Action Filed:    October 13, 2015<br>Trial Date:       None Set |

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

GOOD CAUSE APPEARING THEREFORE, Defendant WELLS FARGO BANK, N.A. ("Wells Fargo") is hereby granted permission to appear telephonically at the Case Management Conference set for July 19, 2016, at 2:00 p.m.  Counsel shall contact CourtCall at (866) 582-6878  Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

IT IS SO ORDERED.

DATED:  July  8 , 2016

_____
Hon. Haywood S. Gilliam, Jr.

07685.1566/8079386.1                                  1                          Case No. 3:15-cv-04729-HSG
[Proposed] Order Granting Motion for Telephonic Appearance