# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| RAMAT B. MOMOH,<br><br>   Plaintiff,<br><br>   vs.<br><br>WELLS FARGO BANK, N.A.,<br><br>   Defendant. | Case No.: 3:15-cv-04729-HSG<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR TELEPHONIC APPEARANCE**<br><br>Date:   July 19, 2016<br>Time:   2:00 p.m.<br>Crtrm:  10, 19th Floor |

At issue is Plaintiff's Motion for Leave to Appear at the Rule 16 Scheduling Conference via Telephone (Doc. 35). Upon review, with no objection by the other parties, and good cause appearing;

**IT IS HEREBY ORDERED** granting Plaintiff's Motion (Doc. 35). Counsel for Plaintiff may appear telephonically at the Rule 16 Scheduling Conference set for 2:00 p.m. on July 19, 2016.  Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

Dated: July 11, 2016

_Haywood S. Gilliam Jr._
Honorable Haywood S. Gilliam, Jr.
United States District Court