UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RAMAT B MOMOH,

        Plaintiff,

   v.

WELLS FARGO BANK NA,

        Defendant.

Case No. 15-cv-04729-HSG

**SCHEDULING ORDER**

A case management conference was held on July 19, 2016. The Court sets the following case deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Court's Default |
|---|---|
| Deadline to Amend Pleadings and Join Parties | Sept. 30, 2016 |
| Close of All Fact Discovery | Dec. 19, 2016 |
| Close of All Expert Discovery | Feb. 2, 2017 |
| Dispositive Motion Hearing Date | March 16, 2017 at 2:00 p.m. |
| Pretrial Conference | June 20, 2017 at 3:00 p.m. |
| Jury Trial | July 5, 2017 at 8:30 a.m. (five days) |

//

//

//

//

//

//

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's Civil Pretrial and Trial Standing Order.

**IT IS SO ORDERED.**

Dated: 7/21/2016

HAYWOOD S. GILLIAM, JR.
United States District Judge