UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ramat B. Momoh ,<br><br>Plaintiff(s)<br><br>v.<br><br>Wells Fargo Bank, N.A., ,<br><br>Defendant(s) | Case No. C 3:15-cv-04729-SK<br><br>STIPULATION AND [PROPOSED]<br>ORDER SELECTING ADR PROCESS |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

- ☒ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)
- ☐ **Mediation** (ADR L.R. 6)
- ☐ **Private ADR** (*specify process and provider*)

*Note*: Magistrate judges do not conduct mediations under ADR L.R. 6. To request an early settlement conference with a Magistrate Judge, you <u>must</u> file a Notice of Need for ADR Phone Conference. Do not use this form. See Civil L.R. 16-8 and ADR L.R. 3-5.

The parties agree to hold the ADR session by:

- ☒ the presumptive deadline *(90 days from the date of the order referring the case to ADR, unless otherwise ordered.)*
- ☐ other requested deadline:

Date: 7/22/2016          Signed: /s/Stuart M. Price
                                 Attorney for Plaintiff

Date: 7/22/2016          Signed: /s/Courtney C. Wenrick
                                 Attorney for Defendant

Print Form

☒ IT IS SO ORDERED
☐ IT IS SO ORDERED WITH MODIFICATIONS:

*Haywood S. Gilliam Jr.*
U.S. DISTRICT ~~MAGISTRATE~~ JUDGE

*Important!* E-file this form in ECF using the appropriate event among these choices:
"Stipulation & Proposed Order Selecting Mediation" <u>or</u> "Stipulation & Proposed Order Selecting ENE" <u>or</u> "Stipulation & Proposed Order Selecting Private ADR."

*Form ADR-Stip rev. 6-2016*