# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| RAMAT B. MOMOH,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>WELLS FARGO BANK, N.A.,<br><br>　　　　Defendant.<br>　　　　　　　　Defendants. | Case No.: 3:15-cv-04729-HSG<br><br>**ORDER** |

Upon review of the Stipulation to Dismiss Wells Fargo Bank, N.A. with Prejudice (Doc. 49), filed by Plaintiff Ramat B. Momoh and Defendant Wells Fargo Bank, N.A.. and good cause appearing,

**IT IS ORDERED** granting the Stipulation (Doc. 49). The above-entitled matter is hereby dismissed with prejudice, with the parties to bear their own costs and attorneys' fees.

Dated: January 31, 2017

*Haywood S. Gilliam Jr.*
Honorable Haywood S. Gilliam, Jr.
United States District Judge

- 1 -

ORDER